

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00317-CV

Tina Perez
v.
Albert Garcia

On Appeal from the
County Court at Law of Kleberg County, Texas
Trial Court Cause No. MISC 23-003

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

June 6, 2024